THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony Turner, Appellant.
 
 
 

Appeal from Horry County
Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2007-UP-259
Submitted May 1, 2007  Filed May 29, 2007 
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia; and Solicitor J. Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM:  Anthony Turner appeals his guilty plea to first degree burglary.  He maintains his guilty plea failed to conform with the mandates set forth in Boykin v. Alabama because the plea court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea.  395 U.S. 238 (1969).  Specifically, he claims the plea court did not inform him that he had a right to confront and cross examine witnesses against him.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Turners appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.